IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEREMIAS SEVERINO, on behalf of himself and all other persons similarly situated, known and unknown, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BISTRO DRAGON, INC., and )<br>KEVIN CHEN, individually )<br>)<br>Defendants. ) | Case No. 16-cv-10475<br><br>Judge Norgle |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

This Joint Stipulation for Voluntary Dismissal is respectfully submitted by Plaintiff Jeremias Severino (hereafter "Plaintiff"), and Defendants Bistro Dragon, Inc. and Kevin Chen, individually (hereafter "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties stipulate as follows:

1. That on or about July 21, 2017, the Parties reached an agreement resolving all of the claims in this matter.

2. The settlement reached by the Parties calls for Defendants to make a series of installment payments, with the first installment payment on or before August 15, 2017, and the final installment payment due on October 15, 2018.

3. The Parties hereby stipulate that this matter, including all Counts in the Complaint filed by Plaintiff, shall be dismissed in its entirety *without prejudice*, with each Party bearing its own attorneys' fees and costs, except as may be otherwise provided in the Parties' settlement agreement.

4. The Parties further stipulate that the Court retains jurisdiction to enforce the

1

parties' settlement agreement upon motion filed by Plaintiff on or before October 31, 2018.

5. The Parties further stipulate that absent a motion brought by Plaintiff to enforce the settlement agreement, the dismissal of this matter without prejudice shall convert to a dismissal with prejudice on November 1, 2018.

Respectfully submitted,

Dated: August 4, 2017

| | |
|---|---|
| s/Maureen A. Salas | s/Carlos G. Becerra (w/consent) |
| Douglas M. Werman | Carlos G. Becerra |
| Maureen A. Salas | Becerra Law Group, LLC |
| Sarah J. Arendt | 11 E. Adams St., Suite 1401 |
| Werman Salas P.C. | Chicago, IL 60603 |
| 77 West Washington Street, Suite 1402 | (312)957-9005 |
| Chicago, Illinois 60602 | |
| (312) 419-1008 | |
| Attorneys for Plaintiff | Attorneys for Defendants |