## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Jeremias Severino
                              Plaintiff,

v.                                                     Case No.: 1:16−cv−10475
                                                         Honorable Charles R. Norgle Sr.

Bistro Dragon, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 7, 2017:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed in its entirety without prejudice, with each Party bearing its own attorneys' fees and costs, except as may be otherwise provided in the Parties' settlement agreement. The court retains jurisdiction to enforce the parties settlement agreement upon motion filed by Plaintiff on or before October 31, 2018. Absent a motion brought by Plaintiff to enforce the settlement agreement, the dismissal of this matter without prejudice shall convert to a dismissal with Prejudice on November 1, 2017 [26]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.